UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA DICKS, *on behalf of herself and all others similarly situated*,

           Plaintiff,

– against –

FENG SHUI IMPORT, LLC,

           Defendant.

**ORDER**

22-cv-6448 (ER)

RAMOS, D.J.:

    On April 10, 2023, the Court was informed that mediation was not held, as one or both parties failed to participate in the mediation. The parties are directed to submit a status letter by April 14, 2023, describing specifically why they failed to participate in mediation.

It is SO ORDERED.

Dated:    April 11, 2023
           New York, New York

                                              EDGARDO RAMOS, U.S.D.J.